**Jesus Manuel GUTIERREZ–NEYOY, AKA Jesus Manuel Guitierrez–Neyoy, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 13–72979**

United States Court of Appeals, Ninth Circuit.

Submitted July 26, 2016 *

Filed August 02, 2016

Benjamin Wiesinger, Pope & Associates, PC, Phoenix, AZ, for Petitioner.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Jesse Matthew Bless, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, San Francisco, CA, for Respondent.

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Jesus Manuel Gutierrez–Neyoy, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision pretermitting his applications for cancellation of removal and voluntary departure. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Leal v. Holder*, 771 F.3d 1140, 1144 (9th Cir. 2014), and deny the petition for review.

Gutierrez–Neyoy's contention that his conviction for felony endangerment under Arizona Revised Statutes § 13–1201(A) is not categorically a crime involving moral turpitude is foreclosed by our decision in *Leal v. Holder. Id.* at 1146 (felony endangerment in Arizona is a crime involving moral turpitude). Accordingly, the BIA did not err in determining that Gutierrez–Neyoy is statutorily ineligible for cancellation of removal and voluntary departure. *See* 8 U.S.C. §§ 1101(f)(3), 1229b(b)(1)(B), 1229c(b)(1)(B).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

